THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWIN W. FISKE, Respondent, v. GEORGE P. OWEN et al., as Inspectors of Election in the Fourth Election District of the Fourth Ward of the City of Mount Vernon, et al., Respondents, and EDWARD F. BRUSH, Appellant.

*People ex rel. Fiske* v. *Owen,* 182 App. Div. —, affirmed.

(Argued January 28, 1918; decided February 5, 1918.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 25, 1918, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the above-named inspectors of election to reconvene in said election district to reopen the ballots and to cast and canvass the ballot of Louis J. Caridieo, and to file a supplement report of the result of said canvass with the commissioners of election of the county of Westchester, and further directing the commissioners of election and the board of county canvassers to recanvass and correct their canvass and proceeding according to the return of said inspectors of election when filed. The vote was challenged on the ground that the voter was under twenty-one years of age. The election inspectors did not make any determination as to the qualifications of the elector, but left the ballot in its envelope unopened and sent it back to the commissioners of election and in their return made the following statement referring to it: "The number of blank, void and protested ballots was one for identif."

*George H. Taylor, Jr., James H. Cavanaugh* and *J. Henry Esser* for appellant.

*Arthur M. Johnson, Sydney A. Syme* and *Frank A. Bennett* for respondents.

43

Order affirmed; no opinion.

Concur: HISCOCK, Ch., J., CHASE, COLLIN, CUDDE-
BACK, HOGAN, MCLAUGHLIN and CRANE, JJ.